# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANLEY KUZMICKI,

    Plaintiff,

v.

SAMANTHA HANRAHAN, *et al.*,

    Defendants.

CASE NO.: 3:17-CV-00342-RCJ-VPC

**ORDER**

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (ECF No. 12[1]) entered on May 4, 2018, recommending that the Court dismiss Plaintiff's first amended complaint (ECF No. (ECF No. 10) with leave to amend within 30 days. On May 21, 2018, Plaintiff filed his Objections to Report and Recommendation (ECF No. 13).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 12) entered on May 4, 2018, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's claims against Sergeant Shelly is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Fourteenth Amendment due process and equal protection claims against David Hanrahan, Samantha Hanrahan, and Warren Westad are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Plaintiff's remaining claims against David Hanrahan, Samantha Hanrahan, and Warren Westad are DISMISSED WITHOUT PREJUDICE, WITH LEAVE TO AMEND.

---

[1] Refers to court's docket number.

1     IT IS FURTHER ORDERED that Plaintiff's motion for extension of time to file a second amended complaint (ECF No. 15) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff shall file a second amended complaint remedying, if possible, the defects identified in the Report and Recommendation (ECF No. 12) within 30 days from the date of this Order and/or before Friday, August 30, 2018.

    IT IS SO ORDERED this 24TH day of July, 2018.

_____
ROBERT C. JONES