UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY KUZMICKI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAMANTHA HANRAHAN, *et al.*,<br>　　　　　Defendants. | Case No.: 3:17-CV-00342-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 22) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 22[1]) entered on May 1, 2019, recommending that the Court dismiss this action without prejudice based on Plaintiff's failure to file a second amended complaint. On May 13, 2019, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 23).

This action was referred to Magistrate Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---
[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that United States Magistrate Judge Carry's Report and Recommendation (ECF No. 22), shall be ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to file a second amended Complaint.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated this 22nd day of May, 2019.

_____
ROBERT C. JONES
Senior District Judge